UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Edward D. Hayes | § § | |
| vs. | § § | NO:   AU:18-CV-00825-RP |
| Brundage Management Company, Inc. | § | |

### ORDER RESETTING

The Court hereby resets and directs the parties, or counsel acting on their behalf, to appear by phone for an initial pretrial conference on March 21, 2019 at 01:40 PM . Counsel for Plaintiff shall be responsible for coordinating the call and providing dial-in information at least 24 hours prior to the hearing to opposing counsel and to the Courtroom Deputy at julie_golden@txwd.uscourts.gov. The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

**SIGNED** on 28th day of February, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE